# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Ida H. Szulewski,

    Defendant.

CASE NO. 2:25-PO-00042

MAGISTRATE JUDGE JOLSON

## ORDER

Upon motion of the United States, and the Court being duly advised in the premises.

IT IS HEREBY ORDERED that this case be **DISMISS**.

                                                s/Kimberly A. Jolson
                                                **KIMBERLY A. JOLSON**
                                                **United States Magistrate Judge**

<u>5/8/2025</u>
**DATE**